# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL J. PENDLETON,      : No. 31 WM 2015
:
            Petitioner      :
:
:
:
         v.      :
:
:
:
ALLEGHENY COUNTY COURT OF      :
COMMON PLEAS,      :
:
            Respondent      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of June, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.